**COM.**

v.

**JOHNSON, K.**

**1364 EDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–51–CR–0005327–2015 (Philadelphia)

Affirmed

■

**COM.**

v.

**AL–KAABAH, S.**

**1654 EDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–23–CR–0001041–2015
(Delaware)

Affirmed

■

**COM.**

v.

**DAVENPORT, E.**

**1941 EDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–51–CR–0314421–1991
(Philadelphia)

Affirmed

■

**COM.**

v.

**PERRY, J.**

**585 MDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–67–CR–0007652–2014 (York)

Affirmed